```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 09017
   TERRY EDWARD BARTELMEY
   JOYCE ANN BARTELMEY                        CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2908      SSN XXX-XX-8584
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/27/06 and confirmed on 09/22/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  57837.00 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RESURGENT CAPITAL SERVIC | UNSECURED | 2289.70 | 237.72 | 2289.70 |
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 7.61 | 200.00 |
| BECKET & LEE LLP | UNSECURED | 4952.90 | 543.47 | 4952.90 |
| BECKET & LEE LLP | UNSECURED | 984.13 | 115.10 | 984.13 |
| BECKET & LEE LLP | UNSECURED | 425.14 | 47.08 | 425.14 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7218.27 | 790.93 | 7218.27 |
| BEDFORD FAIR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3355.31 | 367.48 | 3355.31 |
| SMC | UNSECURED | 505.89 | 55.27 | 505.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2223.07 | 245.46 | 2223.07 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CHECKING PLUS | UNSECURED | 2434.13 | 266.84 | 2434.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2238.30 | 245.13 | 2238.30 |
| HB CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 500.28 | 54.73 | 500.28 |
| WORLD FINANCIAL NETWORK | UNSECURED | 588.88 | 64.43 | 588.88 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12062.57 | 1321.96 | 12062.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 559.10 | 61.21 | 559.10 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 748.76 | 82.12 | 748.76 |
| WORLD FINANCIAL NETWORK | UNSECURED | 686.44 | 75.13 | 686.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2982.41 | 328.44 | 2982.41 |
| ROUNDUP FUNDING LLC | UNSECURED | 250.75 | 28.42 | 250.75 |
| TSYS DEBT MANAGEMENT | UNSECURED | 597.88 | 62.62 | 597.88 |

```
FIRST EXPRESS              UNSECURED           154.85         17.20         154.85
ECAST SETTLEMENT CORP      UNSECURED          1514.53        152.61        1514.53
RESURGENT CAPITAL SERVIC   UNSECURED              .00           .00            .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  200.00         .00     47273.29          .00       47473.29
PRINCIPAL PAID      200.00         .00     47273.29          .00       47473.29
INTEREST PAID         7.61         .00      5163.35          .00        5170.96
TOTAL PAID          207.61         .00     52436.64          .00       52644.25
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3000.00
and was paid $    600.00   direct and $    2400.00   through the plan.

The Trustee received $    2791.54 .

Refunds to the Debtor totaled $       1.21 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 03/16/09                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                   PAGE   2
          CASE NO. 06 B 09017 TERRY EDWARD BARTELMEY & JOYCE ANN BARTELMEY